S. FRANK FOLSOM, Respondent, *v.* GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.

Argued May 23, 1945; decided July 19, 1945.

*Caruthers Ewing* and *Michael J. O'Neil* for appellant.

*Emil K. Ellis, Jonas Ellis* and *Myron A. Ellis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.